

**FILED**
JAN 0 7 2014

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-40002 |
| Plaintiff, | INDICTMENT |
| vs. | Possession of Firearm by Prohibited Person |
| CHRISTOPHER JASON STEWARD, | 18 U.S.C. § 922(g)(3) |
| Defendant. | |

The Grand Jury charges:

COUNT 1.

On or about November 25, 2013, in the District of South Dakota, Christopher Jason Steward, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Taurus 9mm handgun bearing serial number TCW35200, which had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(3).

**FORFEITURE ALLEGATION**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(3) set forth in Count 1 of this Indictment, the Defendant, Christopher Jason

Steward, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

    a.    Taurus 9mm handgun bearing serial number TCW35200; and

    b.    6 rounds of 9 mm ammunition.

3. If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

                        A TRUE BILL:
                        **NAME REDACTED**
                        Foreperson

BRENDAN V. JOHNSON
United States Attorney

By: [signature]

[2]