Prob 12C - SD
(Rev. 05/2017)

UNITED STATES DISTRICT COURT

for the

DISTRICT OF SOUTH DAKOTA

U.S.A. vs Christopher Jason Steward                                Docket No. 4:14CR40002-001

*Amended Petition to Revoke Supervised Release*

**COMES NOW JAKE VANDER ZEE, PROBATION OFFICER OF THE COURT**, presenting an official report upon the conduct and attitude of Christopher Jason Steward, who was sentenced on 02/09/2015 to 24 months custody concurrent to the sentence imposed in the Second Judicial Circuit Court, Sioux Falls, SD, followed by 3 years supervised release, by the Honorable Karen E. Schreier, United States District Judge, sitting in the Court at Sioux Falls, SD. The original offense was Possession of Firearm by Prohibited Person, which is a Class C Felony and carries a statutory maximum of 2 years custody upon revocation of supervised release. The supervised release commenced on 05/31/2016.

On 07/20/2017 Mr. Steward's supervised release was revoked, and he received 1 month custody, followed by 35 months supervised release. The supervised release commenced on 07/27/2017.

**THEREAFTER, NON-COMPLIANT BEHAVIOR OCCURRED RESULTING IN SUPERVISION INTERVENTIONS AS FOLLOWS:**

On 05/21/2018 Mr. Steward was arrested in Sioux Falls for Manufacture/Distribute/Possess Drugs in Schedules I or II, Possession of a Controlled Substance in Schedules I or II, Possess Two Ounces of Marijuana or Less, and Use or Possession of Drug Paraphernalia. **According to an arrest report from the Sioux Falls Police Department, a search warrant was prepared for Mr. Steward's vehicle as well as two residences. Officers made contact with Mr. Steward on 05/21/2018 during a traffic stop and executed the search warrant. Items found in Mr. Steward's vehicle were a hydrocodone pill, .8 grams of methamphetamine, a Walmart money transfer receipt, and a commercial lease agreement for a storage unit at Airbase Property in Sioux Falls. On Mr. Steward's person was $1,374 and a hotel key to the Red Roof Inn. Mr. Steward was placed under arrest and officers executed the search warrants at the two residences. Items found at 208 South Elmwood, Sioux Falls, SD, include 42 hydrocodone pills, 16.9 grams of marijuana, documents to Mr. Steward, and $22,670. Items found at 4902 West Delta Place, Sioux Falls, SD, include 15.3 grams of methamphetamine, 13.0 grams of marijuana, a digital scale with methamphetamine residue, packaging material, and documents to Mr. Steward. A search warrant was also prepared for the storage unit at Airbase Property and Red Roof Inn hotel room. No items were seized at the storage unit. Items found at the hotel room include 803.2 grams of methamphetamine, an operational digital scale, and packaging material. Mr. Steward is currently in custody at the Minnehaha County Jail in Sioux Falls.**

**On 07/10/2018 an Indictment was filed in U.S. District Court, District of South Dakota, charging Mr. Steward with Conspiracy to Distribute a Controlled Substance. The Indictment was filed based off the above-mentioned information.**

The non-compliant behaviors described in the paragraph above are the basis of the corresponding allegations listed below. They are included here to show the pattern of non-compliant behavior and the corresponding corrective measures initiated by the Probation Office.

**NOW RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On or about 05/21/2018, at Sioux Falls, SD, Christopher Jason Steward engaged in conduct which constitutes a violation of state law, that is, Manufacture/Distribute/Possess Drugs in Schedules I or II, in violation of Mandatory Condition No. 1 of the Conditions of Supervised Release.

2. On or about 05/21/2018, at Sioux Falls, SD, Christopher Jason Steward engaged in conduct which constitutes a violation of state law, that is, Possession of a Controlled Substance in Schedules I or II, in violation of Mandatory Condition No. 1 of the Conditions of Supervised Release.

3. On or about 05/21/2018, at Sioux Falls, SD, Christopher Jason Steward engaged in conduct which constitutes a violation of state law, that is, Possess Two Ounces of Marijuana or Less, in violation of Mandatory Condition No. 1 of the Conditions of Supervised Release.

4. On or about 05/21/2018, at Sioux Falls, SD, Christopher Jason Steward engaged in conduct which constitutes a violation of state law, that is, Use or Possession of Drug Paraphernalia, in violation of Mandatory Condition No. 1 of the Conditions of Supervised Release.

5. **Beginning on an unknown date and continuing through on or about 06/01/2018, in the District of South Dakota and elsewhere, Christopher Jason Steward engaged in conduct which constitutes a violation of federal law, that is, Conspiracy to Distribute a Controlled Substance, in violation of Mandatory Condition No. 1 of the Conditions of Supervised Release.**

A warrant is not requested as Christopher Jason Steward is already in the custody of the U.S. Marshall Service on the original Petition filed with the Court.

**I, Jake Vander Zee, a Probation and Pretrial Services Officer employed in the U.S. District Court for the District of South Dakota, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.**

Respectfully Submitted,

Jake Vander Zee
U.S. Probation/Pretrial Services Officer
U.S. Probation & Pretrial Services Office
314 S. Main Ave., Ste 100
Sioux Falls, SD  57104
(605)977-8916
Jake_VanderZee@sdp.uscourts.gov

Date:    07/17/2018