AO 245D    (Rev. 11/16) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

District Of South Dakota, Southern Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Christopher Jason Steward | ) | Case Number: 4:14CR40002–1 |
| | ) | USM Number: 13790-273 |
| | ) | Manuel J. de Castro |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s) # 5 of the Amended Petition to Revoke Supervised Release.

☐ was adjudicated guilty by the Court of violation(s) # of the Amended Petition to Revoke Supervised Release after a denial of guilt.

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 5 | Engaged in conduct which constitutes a violation of federal law, that is, Conspiracy to Distribute a Controlled Substance, in violation of Mandatory Condition No. 1. | 06/01/2018 |

The defendant is sentenced as provided in this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The alleged violation(s) # 1, 2, 3, and 4 of the Amended Petition to Revoke Supervised Release are dismissed.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

06/24/2019
Date of Imposition of Judgment

*/s/ Karen E. Schreier*
Signature of Judge

Karen E. Schreier, United States District Judge
Name and Title of Judge

June 24, 2019
Date

AO 245D   (Rev. 11/16) Judgment in a Criminal Case for Revocations
        Sheet 2 — Imprisonment

DEFENDANT:      Christopher Jason Steward
CASE NUMBER:    4:14CR40002-1

## IMPRISONMENT

■ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 3 months, consecutive to 4:18CR40095-01, with no supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By

_____
DEPUTY UNITED STATES MARSHAL